UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs

v.                                               Case No.  5:10-cv-147-Oc-32GRJ

FRANCK'S LAB. INC., d/b/a FRANCK'S
COMPOUNDING LAB, a corporation, and
PAUL W. FRANCK, an individual,

    Defendants.
_____/

## ORDER

Pending before the Court are: (1) the Motion For Special Admission to Appear Pro Hac Vice And Written Designation And Consent to Act, filed by Ashley C. Parrish of the law firm of King & Spalding (Doc. 11); and (2) the Motion For Special Admission to Appear Pro Hac Vice And Written Designation And Consent to Act, filed by Jeffrey S. Bucholtz of the law firm of King & Spalding. (Doc. 12.)   The Court, having considered the motions, finds that Ashley C. Parrish and Jeffrey S. Bucholtz meet the requirements of Local Rule 2.02(a)(1) and, as such, may appear *pro hac vice* on behalf of Defendants in this action.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The Motions For Special Admission to Appear Pro Hac Vice, filed by Ashley C. Parrish and Jeffrey S. Bucholtz of the law firm of King & Spalding, are hereby **GRANTED**. Ashley C. Parrish and Jeffrey S. Bucholtz, each of whom is from the law firm of King & Spalding, are admitted to appear *pro hac vice* on behalf of Defendants in

this action. Within **ten (10) days** from the date of this order, Ashley C. Parrish and Jeffrey S. Bucholtz each shall submit to the Clerk an admission fee in the amount of ten ($10) dollars, with a completed copy of the Clerk's office form entitled "Special Admission: Attorney Certification."

    (2)    Further, counsel are reminded that the Middle District of Florida utilizes an electronic filing system ("CM/ECF"). Accordingly, within **ten (10) days** of the date of this Order counsel for Defendants are directed to register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate.[1]

**DONE AND ORDERED** in Ocala, Florida, on this 2nd day of July, 2010.

*/s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

Copies to:
    All Counsel

---

[1] Counsel is directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where he can request a password from the Court. Counsel is encouraged to sign up for the training class offered by the Clerk's Office which also can be accessed at the same website under "Training." If counsel resides outside the Middle District of Florida and is unable to take the training class, he must take the Tutorials offered on the website before using the system.