IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:10-cv-147-Oc-32GRJ |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCK'S LAB, INC., | ) | NOTICE FOR MOTION OF |
| d.b.a. FRANCK'S COMPOUNDING LAB, | ) | PRELIMINARY INJUNCTION |
| a corporation, and | ) | |
| PAUL W. FRANCK, an individual | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE THAT Plaintiffs have notified Defendants of this Motion for Preliminary Injunction. Plaintiffs request that the hearing be scheduled by the Court at a time and date consistent with the Local Rule 4.06 and Federal Rule of Civil Procedure 65, and in doing so further move this Court to enter an order granting a preliminary injunction against Defendants in accordance with the request for relief in the Complaint for Permanent Injunction.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

TONY WEST
Assistant Attorney General
Civil Division

ANN RAVEL
Deputy Assistant Attorney General
Civil Division

/s/ JOHN W. M. CLAUD
By: JOHN W. M. CLAUD, Trial Counsel
Trial Attorney
District of Columbia Bar no. 497900
Office of Consumer Litigation
United States Department of Justice
P.O. Box 386
Washington, DC 20044
Ph: (202) 307-5747
Fx: (202) 514-8742
John.Claud@usdoj.gov

/s/ LACY R. HARWELL, JR.
By: LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph: (813) 274-6350
Fx: (813) 274-6200
Randy.Harwell@usdoj.gov

OF COUNSEL:

MARK B. CHILDRESS
Acting General Counsel

RALPH S. TYLER
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel for
Litigation

JESSICA L. ZELLER
Associate Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
10903 New Hampshire Avenue
WO32-4312
Silver Spring, MD 20993-0002
301-796-8725
Jessica.Zeller@fda.hhs.gov