IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:10-cv-00147-Oc-32GRJ |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCK'S LAB, INC., | ) | MOTION FOR |
| d.b.a. FRANCK'S COMPOUNDING LAB, | ) | PRELIMINARY INJUNCTION |
| a corporation, and | ) | |
| PAUL W. FRANCK, an individual | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, Plaintiff, moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, for an Order of Preliminary Injunction against the Defendants, Franck's Lab, Inc., d.b.a. Franck's Compounding Lab, a corporation, and Paul W. Franck, an individual, and each and all of their officers, agents, employees, representatives, successors, assigns, attorneys, and any and all persons in active concert or participation with any of them, restraining and enjoining them, under the provisions of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 332(a), from directly or indirectly violating: (1) 21 U.S.C. § 331(a) by introducing or delivering, or causing to be introduced or delivered, into interstate commerce animal drugs that are adulterated within the meaning of 21 U.S.C. § 351(a)(5) and misbranded within the meaning of 21 U.S.C. § 352(f)(1); and (2) 21 U.S.C. § 331(k), by causing the adulteration and misbranding, within the meaning of the statutory provisions listed above, of drugs while they are held for sale after shipment of one or more of their components in interstate commerce.

The factual bases for this motion are set forth in the declarations of Emma R. Singleton, Director, Florida District, United States Food and Drug Administration ("FDA") and William T. Flynn, D.V.M., M.S., Senior Advisor for Science Policy in FDA's Center for Veterinary Medicine, attached to the accompanying memorandum. The legal grounds for this motion are set forth in the accompanying memorandum.

        Respectfully submitted,

        A. BRIAN ALBRITTON
        United States Attorney

        TONY WEST
        Assistant Attorney General
        Civil Division

        ANN RAVEL
        Deputy Assistant Attorney General
        Civil Division

        /s/ JOHN W. M. CLAUD
        By: JOHN W. M. CLAUD, Trial Counsel
        Trial Attorney
        District of Columbia Bar no. 497900
        Office of Consumer Litigation
        United States Department of Justice
        P.O. Box 386
        Washington, DC 20044
        Ph: (202) 307-5747
        Fx: (202) 514-8742
        John.Claud@usdoj.gov

/s/ LACY R. HARWELL, JR.
By: LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph: (813) 274-6350
Fx: (813) 274-6200
Randy.Harwell@usdoj.gov

OF COUNSEL:

MARK B. CHILDRESS
Acting General Counsel

RALPH S. TYLER
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel for
Litigation

JESSICA L. ZELLER
Associate Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
10903 New Hampshire Avenue
WO32-4312
Silver Spring, MD 20993-0002
301-796-8725
Jessica.Zeller@fda.hhs.gov