IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:10-cv-00147-TJC-GRJ |
| ) | |
| v. ) | PLAINTIFF'S UNOPPOSED MOTION |
| ) | FOR EXTENSION OF TIME TO FILE |
| FRANCK'S LAB, INC., ) | <u>JOINT STATUS REPORT</u> |
| d.b.a. FRANCK'S COMPOUNDING LAB, ) | |
| a corporation, and ) | |
| PAUL W. FRANCK, an individual ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The United States of America, Plaintiff, requests this Court for an order pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) providing for a extension of time to file a Joint Status Report so that the parties may continue to discuss the matters relevant to its filing. On August 18, 2010, the Court ordered that a Joint Status Report be filed no later than September 1, 2010. In support of this motion, the Plaintiff states:

1. On August 18, 2010, the Court heard oral arguments on two motions, one filed by the Defendants to dismiss the complaint, and one filed by the Plaintiffs requesting a preliminary injunction. The Court denied both motions.

2. At that oral argument, the Court ordered the parties to file a joint status report regarding the future scheduling of this case and the status of the Defendants' voluntary suspension of animal drugs compounded from bulk materials. The Court filed a written order to that effect on August 19, 2010.

3. The parties have engaged in preliminary discussions regarding both items about which the Court has ordered a report be filed. Defendants have notified the plaintiff that it has withdrawn from the voluntary suspension reflected in the parties' Joint Status Report filed on May 18, 2010 (Doc. 8). Plaintiff has notified Defendants that it has no present intention to request any remedy other than what the Plaintiff seeks in its complaint. The parties discussions continue in good faith towards a mutually agreeable schedule. However, because of unexpected conflicts and travel commitments for counsel for Plaintiff, additional time is needed for the parties to continue discussions before filing their joint report. Accordingly, those discussions continue in good faith towards a mutually agreeable schedule. However, further discussions between the parties are necessary.

4. Plaintiff requests that the Court grant the parties until Wednesday, September 15, 2010, to file the Joint Status Report.

5. Counsel for Plaintiff have conferred with counsel for Defendants pursuant to Middle District of Florida Local Rule 3.01(g), and certifies through this Motion that Defendants have no objection to the extension of time requested herein.

6. This Motion is made pursuant to Fed. R. Civ. P. 6(b)(1)(A), which states that a court may extend time for good cause "with . . . motion or notice if the court acts, or a request is made, before the original time or its extension expires."

WHEREFORE, Plaintiff requests the Court to enter an order extending the time for the filing of the Joint Status Report until no later than September 15, 2010.

## **CERTIFICATE OF CONFERENCE**

Pursuant to Middle District of Florida Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Defendants, Mark S. Brown, Esq., and Defendants do not oppose the relief sought herein.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

TONY WEST
Assistant Attorney General
Civil Division

ANN RAVEL
Deputy Assistant Attorney General
Civil Division

/s/ JOHN W. M. CLAUD
By: JOHN W. M. CLAUD, Trial Counsel
Trial Attorney
District of Columbia Bar no. 497900
Office of Consumer Litigation
United States Department of Justice
P.O. Box 386
Washington, DC 20044
Ph: (202) 307-5747
Fx: (202) 514-8742
John.Claud@usdoj.gov

/s/ LACY R. HARWELL, JR.
By: LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph: (813) 274-6350
Fx: (813) 274-6200

                                                Randy.Harwell@usdoj.gov

OF COUNSEL:

MARK B. CHILDRESS
Acting General Counsel

RALPH S. TYLER
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel for
Litigation

JESSICA L. ZELLER
Associate Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
10903 New Hampshire Avenue
WO32-4312
Silver Spring, MD 20993-0002
301-796-8725
Jessica.Zeller@fda.hhs.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2010, I presented this unopposed motion to the Clerk of the Court for filing and uploading to the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to counsel for Defendants, Mark S. Brown, Esq., King and Spalding LLP, 1700 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C., 20006.