UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 5:10-cv-147-Oc-32GRJ

FRANCK'S LAB, INC. d/b/a FRANCK'S
COMPOUNDING LAB, a corporation, and
PAUL W. FRANCK, an individual, ,

    Defendants.
_____/

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion For Extension Of Time To File Joint Status Report. (Doc. 45.) The Court previously ordered the parties to file, on or before September 1, 2010, a joint status report regarding the future scheduling of this case and the status of Defendants' voluntary suspension of animal drug compounding. The parties have engaged in good faith discussions regarding these issues but need additional time to file the joint status report. Accordingly, Plaintiff seeks a two-week extension of time and represents that Defendants have no objection.

Upon due consideration, Plaintiff's Unopposed Motion For Extension Of Time To File Joint Status Report (Doc. 45) is **GRANTED**. The parties shall file the joint status report as directed by the Court in its August 19, 2010 Order no later than **September 15, 2010.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on September 1, 2010.

*[signature]*
GARY R. JONES
United States Magistrate Judge

Copies to:
    All Counsel