**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>FRANCK'S LAB, INC., )<br>d/b/a FRANCK'S COMPOUNDING LAB, )<br>a corporation, and )<br>PAUL W. FRANCK, an individual, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 5:10-cv-147-OC-32GRJ |

## JOINT STATUS REPORT

In response to the Court's order dated August 19, 2010, as extended by subsequent order dated September 1, 2010 [Dkt. Nos. 44, 46], and pursuant to the requirements of Local Rule 3.05 governing case management procedures, the parties hereby submit their proposed scheduling order to govern this proceeding.

1. The defendants will file their answer to the complaint no later than **September 22, 2010**.

2. The parties believe this case can and should be resolved by dispositive motions, and do not see any present need to conduct any discovery in advance of a decision on those motions. The parties propose to file cross-motions for summary judgment on or before **October 21, 2010**, and will file a joint stipulation of undisputed facts on that date in support of the cross-motions.

3. In the event that either party wishes to submit facts, already in the record in this case, in addition to those presented in the joint stipulation of undisputed facts, it may

1

petition the Court for leave to separately file a statement of proposed undisputed facts with its motion for summary judgment. If either party objects to such additional facts, it may file objections together with its responsive memorandum.

4. The parties will respond to opposing cross-motions for summary judgment on or before **November 16, 2010**.

5. The parties respectfully request leave from the Court to file memoranda in support of their cross-motions for summary judgment not to exceed forty (40) pages, and responsive memoranda in opposition to the cross-motions for summary judgment not to exceed twenty (20) pages.

6. The parties reserve their right to move for leave to conduct discovery following the Court's decision on the dispositive motions, should the decision suggest a need for such discovery in any proceedings that remain herein.

7. The parties do not presently intend to disclose experts, or file declarations of experts or fact witnesses, beyond those that are of record as part of the proceedings held on the United States' motion for preliminary injunction in this matter. The parties respectfully request that the Court deem such already-filed record materials to be part of the summary judgment record and permit the parties to cite such record materials in connection with their cross-motions for summary judgment without the need to re-file such materials.

8. The parties reserve their right to seek leave to supplement the record through the filing of additional declarations, should the dispositive motions reveal the need to do so in order to fully respond to arguments in the same. If either party wishes to seek leave to supplement the record in connection with its response brief, it will provide prior written notice to opposing counsel no later than November 5, 2010, describing in reasonable detail

the rationale for seeking to supplement the record and a reasonably detailed description of the factual material that the party intends to submit. If the party persists in its desire to seek leave to supplement the record after conferring with the other party, it will file such a request for leave no later than November 9, 2010. If a party receives leave to supplement the record in connection with its response brief, the other party may seek leave to file a reply brief and, if appropriate, additional supplemental materials limited to responding to the supplemental material.

9. The parties request oral argument on the cross-motions for summary judgment at the Court's convenience.

Respectfully submitted,

For Defendants:

s/ MARK S. BROWN
Mark S. Brown, Esq.
Jeffery S. Bucholtz, Esq.
Alan R. Dial, Esq.
Ashley C. Parrish, Esq.
KING & SPALDING
1700 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: mbrown@kslaw.com
Email: jbucholtz@kslaw.com
Email: adial@kslaw.com
Email: aparrish@kslaw.com

Jeptha F. Barbour
Fla. Bar No. 34700
Edward L. Birk
Fla. Bar No. 00684682

For Plaintiffs:

A. BRIAN ALBRITTON
United States Attorney

TONY WEST
Assistant Attorney General
Civil Division

ANN RAVEL
Deputy Assistant Attorney General
Civil Division

 s/ JOHN W. M. CLAUD
By: JOHN W. M. CLAUD, Trial Counsel
Trial Attorney
District of Columbia Bar no. 497900
Office of Consumer Litigation
United States Department of Justice
P.O. Box 386
Washington, D.C. 20044

MARKS GRAY, P.A.
Post Office Box 447
Jacksonville, FL 32201
Telephone: (904) 807-2179
Facsimile: (904) 399-8440
Email: jbarbour@marksgray.com
Email: ebirk@marksgray.com

Counsel for Defendants

Ph: (202) 307-5747
Fx: (202) 514-8742
John.Claud@usdoj.gov

s/ LACY R. HARWELL
By: LACY R. HARWELL, JR.
Assistant United States Attorney
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph: (813) 274-6350
Fx: (813) 274-6200
Randy.Harwell@usdoj.gov

OF COUNSEL:

MARK B. CHILDRESS
Acting General Counsel

RALPH S. TYLER
Chief Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel for
Litigation

JESSICA L. ZELLER
Associate Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
10903 New Hampshire Avenue
W032-4312
Silver Spring, MD 20993-0002
301-796-8725
Jessica.Zeller@fda.hhs.gov