IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FRANCK'S LAB, INC., | ) | Case no 5:10-cv-147-Oc-32TEM. |
| d.b.a. FRANCK'S COMPOUNDING LAB, | ) | |
| and PAUL W. FRANCK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**SUPPLEMENTAL STATUS REPORT OF THE UNITED STATES
PERTAINING TO SCHEDULING DEADLINES**

This status report is submitted by the Government to further apprize the Court of the discussions between the parties concerning the schedule and logistics of the oral argument on the dispositive motions in this case.

The Government has discussed the proposed scheduling of the final hearing with counsel for the defendants, and the parties consent to the Court's proposal to hold oral argument on dispositive motions in this case on **February 24, 2011** as part of a moot court program associated with a local law school. Government counsel has confirmed with counsel for the defendants that the defendants will not use Government's agreement to the schedule for the oral argument against it in arguments on the merits of the cause. The defendants have also consented to the Government's request to re-schedule the timing of the filing of briefs from the dates suggested in the parties' recent status report (Doc. No. 49), to **December 13, 2010** for opening dispositive motion briefs, and **January 19, 2011** for opposition briefs.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

/s/ LACY R. HARWELL, JR.
By: LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph: (813) 274-6350
Fx: (813) 274-6200
Randy.Harwell@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2011, I presented the foregoing to the Clerk of the Court for filing using the Court's CM/ECF system, which will send an electronic notice of filing to the following: .

Jeptha Fowlkes Barbour
jbarbour@marksgray.com, drichardson@marksgray.com

Lacy R. Harwell, Jr
randy.harwell@usdoj.gov, TPADocket.Mailbox@usdoj.gov, linda.todd@usdoj.gov, tajuana.guy@usdoj.gov

Edward L. Birk
ebirk@marksgray.com, lbeverly@marksgray.com

Michael E. Dean
mike@deanfirm.com

Paul E. Bueker
pbueker@marksgray.com

John W.M. Claud
john.claud@usdoj.gov, jessica.zeller@fda.hhs.gov, ocl.files@usdoj.gov

Alan R. Dial
adial@kslaw.com

Mark S. Brown
mbrown@kslaw.com

Ashley C. Parrish
aparrish@kslaw.com

Jeffrey S. Bucholtz
jbucholtz@kslaw.com

                                      /s/ Lacy R. Harwell, Jr.
                                      Lacy R. Harwell, Jr.
                                      Assistant United States Attorney